# Court of Appeals
# of the State of Georgia

ATLANTA,  December 23, 2014

*The Court of Appeals hereby passes the following order:*

**A15A0188. JAMES BENJAMIN HARRIS v. THE STATE.**

Upon consideration of the Motion to Withdraw Instant Appeal filed by the appellant, it is hereby ordered that said appellant be allowed to withdraw this appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  12/23/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*